UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHELE STEFFENS,

    Plaintiff,

v.                        Case No:  2:13-cv-447-FtM-38DNF

STANDARD INSURANCE
COMPANY,

    Defendant.
_____/

**ORDER**

This matter comes before the Court on the Mediation Disposition Report (Doc. #22) filed on October 10, 2013.  The Court has been informed that this matter has settled.  As the matter has settled, the Court will administratively close the file, dismissing the case without prejudice.  See M.D. Fla. Local Rule 3.05(b).

Accordingly, it is now

**ORDERED:**

(1) That this cause is **DISMISSED** without prejudice subject to the right of any party, within thirty (30) days from the date of this Order, **November 10, 2013**, to submit a stipulated form of final judgment or request an extension of time, should they so choose or for any party to move to reopen the action, upon a showing of good cause.  See Local Rule 3.08(b).  After that thirty day (30) period, however, without further order, this dismissal shall be deemed *with prejudice*.

(2) The Clerk is directed to terminate any previously scheduled deadlines and pending motions, and **administratively close** the case pending further Order.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of October, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record